UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00507-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| THOMAS BRANDON RUSS ) | |

Before the Court is the Defendant's motion to file Docket Entry 97 under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 97 shall be filed under seal.

SO ORDERED.

This the 17 day of June, 2022.

James C. Dever III
United States District Judge